# Wheat, *et al.* v. Wheat, *et al.*

### Bill for Partition.

(Decided November 7, 1914. Rehearing denied December 17, 1914. 67 South. 420.)

APPEAL from Maçon Chancery Court.
Heard before Hon. L. D. GARDNER.

J. M. CHILTON, for appellant.

R. H. POWELL, and O. S. LEWIS, for appellee.

SAYRE, J.—The decree is affirmed on the authority of *Wheat v. Wheat, supra*, 67 South. 417.

McCLELLAN, MAYFIELD, and DE GRAFFENRIED, JJ., concur.